IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL NOEL PAUL,

    *Plaintiff*,

v.                                            Case No.: 4:23cv386-MW/MAF

CHRISTINA CREWS, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED without prejudice** because it is a shotgun pleading and Plaintiff failed to comply with court orders pursuant to Fed. R. Civ. P. 41(b) and N.D. Fla. Loc. R. 41.1." The Clerk shall close the file.

**SO ORDERED on December 15, 2023.**

                                                                s/Mark E. Walker_____
                                                                  **Chief United States District Judge**